IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE ARREST WARRANT ) Misc. No. 1:05-M-81M

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant United States Attorney, and moves that the accompanying documents be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 6/2/05