**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-81A** **DATE: June 14, 2005**

**TITLE:** **USA v. Luis Antonio Oliveira**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Ken Madden, AUSA
Kevin Fitzgerald, Esq.
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Initial Appearance, Waiver of Preliminary Exam and Detention Hearing:

Court informs defendant of rights and charge.
Deft understands rights and charge.
Court grants appointment of counsel.
Waiver of Preliminary Exam.
Court informs defendant of rights.
Defendant understands rights and waiver.
Court accepts waiver.
Govt requests detention.
INS detainer in place.
Deft argues bail.
Deft remanded to custody.